# Court of Appeals
# of the State of Georgia

ATLANTA,  January 03, 2018

*The Court of Appeals hereby passes the following order:*

**A18A0844.  DONNIE NORRIS v. CARLA MCGUIRE.**

This case began as an action for damages in magistrate court.  Following an adverse ruling in that court, plaintiff Donnie Norris appealed to the state court, which dismissed the case.  Norris then appealed directly to this Court.  We lack jurisdiction.

An appeal from a state court order disposing of a de novo appeal from a magistrate court decision must be initiated by filing an application for discretionary review.  OCGA § 5-6-35 (a) (11); see *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995).  Norris's failure to comply with the required appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,  01/03/2018
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*